LAMAR CISD  3911 Avenue I, Rosenberg, Texas 77471                                               Advice Amount: $637.21

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 4836 | BRANDY LYN ROBERTSON | MAIL CHECKS (H1) | SEMI-MONTH | 09/30/2024 | 09/30/2024 | 23710449 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| DAILY NTRS | $105.00 | 2.00 | $210.00 | $2,100.00 |
| LTS | $120.00 | 4.00 | $480.00 | $2,880.00 |
| RET STIPEN | $0.00 | 0.00 | $0.00 | $710.73 |
| LTS CAMP S | $0.00 | 0.00 | $0.00 | $3,720.00 |
| LTS RETRO | $0.00 | 0.00 | $0.00 | $105.00 |
| TOTAL | | 6 | $690.00 | $9,515.73 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| OASDI | $42.78 | $589.99 |
| MEDICARE | $10.01 | $137.99 |
| FED TAX | $0.00 | $245.93 |
| TOTAL | $52.79 | $973.91 |

| DEPOSITS | CURRENT | YTD |
|---|---|---|
| BANK OF AMERICA | $637.21 | $8,041.82 |

| W4 | MULTIPLE JOBS | DEPENDENTS | OTHER INCOME | DEDUCTIONS |
|---|---|---|---|---|
| Federal | N | $0.00 | $0.00 | $0.00 |

✉ Guest Instructors and Part Time Workers: this pay date covers time worked 9/1/24 to 9/14/24.

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | H | 0 | $0.00 |
| State | | 0 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $690.00 | $9,515.73 |
| Gross Pay | $690.00 | $9,515.73 |
| Deductions | $52.79 | $973.91 |
| Net Pay | $637.21 | $8,541.82 |



LAMAR CISD
A PROUD TRADITION | A BRIGHT FUTURE

3911 Avenue I
Rosenberg, TX 77471

Advice Date
**09/30/2024**

Advice Number
**23710449**

*** Six Hundred And Thirty-Seven Dollars And Twenty-One Cents ***                    $637.21

Pay To The Order Of   BRANDY LYN ROBERTSON

**DIRECT DEPOSIT
NON-NEGOTIABLE**

LAMAR CISD  3911 Avenue I, Rosenberg, Texas 77471                                                          Advice Amount: $1,005.31

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 4836 | BRANDY LYN ROBERTSON | MAIL CHECKS (H1) | SEMI-MONTH | 10/15/2024 | 10/15/2024 | 23716581 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| LTS RETRO | $15.00 | 2.00 | $30.00 | $135.00 |
| LTS | $120.00 | 9.00 | $1,080.00 | $3,960.00 |
| DAILY NTRS | $0.00 | 0.00 | $0.00 | $2,100.00 |
| RET STIPEN | $0.00 | 0.00 | $0.00 | $710.73 |
| LTS CAMP S | $0.00 | 0.00 | $0.00 | $3,720.00 |
| TOTAL | | 11 | $1,110.00 | $10,625.73 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| OASDI | $68.82 | $658.81 |
| MEDICARE | $16.10 | $154.09 |
| FED TAX | $19.77 | $265.70 |
| TOTAL | $104.69 | $1,078.60 |

| DEPOSITS | CURRENT | YTD |
|---|---|---|
| BANK OF AMERICA | $1,005.31 | $9,047.13 |

| W4 | MULTIPLE JOBS | DEPENDENTS | OTHER INCOME | DEDUCTIONS |
|---|---|---|---|---|
| Federal | N | $0.00 | $0.00 | $0.00 |

✉ **GUEST INSTRUCTORS AND PART TIME WORKERS: THIS PAY DATE COVERS TIME WORKED 9/15/24 TO 9/28/24.**

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | H | 0 | $0.00 |
| State | | 0 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $1,110.00 | $10,625.73 |
| Gross Pay | $1,110.00 | $10,625.73 |
| Deductions | $104.69 | $1,078.60 |
| Net Pay | $1,005.31 | $9,547.13 |



3911 Avenue I
Rosenberg, TX 77471

Advice Date
**10/15/2024**

Advice Number
**23716581**

*** One Thousand And Five Dollars And Thirty-One Cents ***                                           $1,005.31

Pay To The Order Of   BRANDY LYN ROBERTSON

## DIRECT DEPOSIT
## NON-NEGOTIABLE

LAMAR CISD  3911 Avenue I, Rosenberg, Texas 77471                                                                                     Advice Amount: $817.30

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 4836 | BRANDY LYN ROBERTSON | MAIL CHECKS (H1) | SEMI-MONTH | 10/30/2024 | 10/30/2024 | 23722787 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| DAILY NTRS | $105.00 | 5.00 | $525.00 | $2,625.00 |
| LTS | $120.00 | 3.00 | $360.00 | $4,320.00 |
| RET STIPEN | $0.00 | 0.00 | $0.00 | $710.73 |
| LTS CAMP S | $0.00 | 0.00 | $0.00 | $3,720.00 |
| LTS RETRO | $0.00 | 0.00 | $0.00 | $135.00 |
| TOTAL | | 8 | $885.00 | $11,510.73 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| OASDI | $54.87 | $713.68 |
| MEDICARE | $12.83 | $166.92 |
| FED TAX | $0.00 | $265.70 |
| TOTAL | $67.70 | $1,146.30 |

| DEPOSITS | CURRENT | YTD |
|---|---|---|
| BANK OF AMERICA | $817.30 | $9,864.43 |

| W4 | MULTIPLE JOBS | DEPENDENTS | OTHER INCOME | DEDUCTIONS |
|---|---|---|---|---|
| Federal | N | $0.00 | $0.00 | $0.00 |

✉ **Guest Instructors and Part Time Workers:  this paydate covers time worked 9/29/24 to 10/12/24.**

| WITHHOLDING ALLOWANCES | | |
|---|---|---|
| FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal  H | 0 | $0.00 |
| State | 0 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $885.00 | $11,510.73 |
| Gross Pay | $885.00 | $11,510.73 |
| Deductions | $67.70 | $1,146.30 |
| Net Pay | $817.30 | $10,364.43 |



3911 Avenue I
Rosenberg, TX 77471

Advice Date
**10/30/2024**

Advice Number
**23722787**

\*\*\* Eight Hundred And Seventeen Dollars And Thirty Cents \*\*\*                                                                **$817.30**

Pay To The Order Of    BRANDY LYN ROBERTSON

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

LAMAR CISD  3911 Avenue I, Rosenberg, Texas 77471                                    Advice Amount: $1,178.25

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 4836 | BRANDY LYN ROBERTSON | MAIL CHECKS (H1) | SEMI-MONTH | 11/15/2024 | 11/15/2024 | 23729050 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| DAILY NTRS | $105.00 | 5.00 | $525.00 | $3,150.00 |
| LTS RETRO | $15.00 | 5.00 | $75.00 | $210.00 |
| LTS | $120.00 | 6.00 | $720.00 | $5,040.00 |
| RET STIPEN | $0.00 | 0.00 | $0.00 | $710.73 |
| LTS CAMP S | $0.00 | 0.00 | $0.00 | $3,720.00 |
| TOTAL | | 16 | $1,320.00 | $12,830.73 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| OASDI | $81.84 | $795.52 |
| MEDICARE | $19.14 | $186.06 |
| FED TAX | $40.77 | $306.47 |
| TOTAL | $141.75 | $1,288.05 |

| DEPOSITS | CURRENT | YTD |
|---|---|---|
| BANK OF AMERICA | $1,178.25 | $11,042.68 |

| W4 | MULTIPLE JOBS | DEPENDENTS | OTHER INCOME | DEDUCTIONS |
|---|---|---|---|---|
| Federal | N | $0.00 | $0.00 | $0.00 |

✉  GUEST INSTRUCTORS AND PART TIME WORKERS: THIS PAYDATE COVERS TIME WORKED 10/13/24-11/2/2024

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | H | 0 | $0.00 |
| State | | 0 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $1,320.00 | $12,830.73 |
| Gross Pay | $1,320.00 | $12,830.73 |
| Deductions | $141.75 | $1,288.05 |
| Net Pay | $1,178.25 | $11,542.68 |



LAMAR CISD  
A PROUD TRADITION | A BRIGHT FUTURE

3911 Avenue I  
Rosenberg, TX 77471

Advice Date: 11/15/2024  
Advice Number: 23729050

*** One Thousand One Hundred Seventy-Eight Dollars And Twenty-Five Cents ***           $1,178.25

Pay To The Order Of     BRANDY LYN ROBERTSON

**DIRECT DEPOSIT**  
**NON-NEGOTIABLE**

LAMAR CISD  3911 Avenue I, Rosenberg, Texas 77471                                          Advice Amount: $1,347.07

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 4836 | BRANDY LYN ROBERTSON | MAIL CHECKS (H1) | SEMI-MONTH | 11/29/2024 | 11/29/2024 | 23735345 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| TUTORIALS | $25.00 | 10.00 | $250.00 | $250.00 |
| LTS RETRO | $15.00 | 5.00 | $75.00 | $285.00 |
| LTS | $120.00 | 10.00 | $1,200.00 | $6,240.00 |
| DAILY NTRS | $0.00 | 0.00 | $0.00 | $3,150.00 |
| RET STIPEN | $0.00 | 0.00 | $0.00 | $710.73 |
| LTS CAMP S | $0.00 | 0.00 | $0.00 | $3,720.00 |
| TOTAL | | 25 | $1,525.00 | $14,355.73 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| OASDI | $94.55 | $890.07 |
| MEDICARE | $22.11 | $208.17 |
| FED TAX | $61.27 | $367.74 |
| TOTAL | $177.93 | $1,465.98 |

| DEPOSITS | CURRENT | YTD |
|---|---|---|
| BANK OF AMERICA | $1,347.07 | $12,389.75 |

| W4 | MULTIPLE JOBS | DEPENDENTS | OTHER INCOME | DEDUCTIONS |
|---|---|---|---|---|
| Federal | N | $0.00 | $0.00 | $0.00 |

| WITHHOLDING ALLOWANCES | | |
|---|---|---|
| FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal  H | 0 | $0.00 |
| State | 0 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $1,525.00 | $14,355.73 |
| Gross Pay | $1,525.00 | $14,355.73 |
| Deductions | $177.93 | $1,465.98 |
| Net Pay | $1,347.07 | $12,889.75 |

LAMAR CISD
A PROUD TRADITION | A BRIGHT FUTURE

3911 Avenue I
Rosenberg, TX 77471

Advice Date: 11/29/2024
Advice Number: 23735345

*** One Thousand Three Hundred Forty-Seven Dollars And Seven Cents ***                    $1,347.07

Pay To The Order Of     BRANDY LYN ROBERTSON

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**